UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN MICHIGAN

GEORGE COLE,

    Plaintiff,

v.

FES a/k/a VRTECH, LLC, a Michigan limited liability company, MICHAEL TOLOFF, an individual and PARIMAL M. NAIK, an individual, jointly and severally,

    Defendants.

Case No. Case No. 2:10-cv-12041-AC-VMM

Hon. Avern Cohn

| BATEY LAW FIRM, PLLC<br>SCOTT P. BATEY (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, Michigan 48025<br>(248) 540-6800 – telephone<br>(248) 540-6814 – fax<br>sbatey@bateylaw.com | JACKSON LEWIS LLP<br>ALLAN S. RUBIN (P44420)<br>MAURICE G. JENKINS (P33083)<br>LAWRENCE SHULMAN (P45075)<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900 – telephone<br>(248) 936-1901 – fax<br>rubina@jacksonlewis.com |
|---|---|

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties and their respective counsel that this matter shall be dismissed without prejudice and without costs or attorneys fees to any parties.

Stipulated to by:

  /s/ Scott P. Batey                                  /s/ Allan S. Rubin                  
SCOTT P. BATEY (P54711)                    ALLAN S. RUBIN (P44420)
Attorney for Plaintiff                                     Attorney for Defendants

SO ORDERED.

Dated: March 30, 2012                    s/Avern Cohn             
                                                        DISTRICT COURT JUDGE