UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN MICHIGAN

GEORGE COLE,

    Plaintiffs,

                                        Case No. 2:10-cv-12041-AC

-vs-

FES a/k/a VRTECH, LLC, a Michigan limited liability company, MICHAEL TOLOFF, an individual and PARIMAL M. NAIK, an individual, jointly and severally,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties having stipulated to dismiss this case with prejudice and without costs and the Court being otherwise fully advised,

It is hereby ORDERED that the above referenced matter is DISMISSED with prejudice and without costs to any party.

                                        s/Avern Cohn
                                        U.S. District Judge

Dated: July 23, 2015